TWENTIETH CENTURY-FOX FILM CORP. *v.*
GEROSA, COMPTROLLER OF NEW
YORK CITY.

No. 373.  Decided November 6, 1961.

*William W. Owens* for appellant.

*Leo A. Larkin, Stanley Buchsbaum* and *Morris L. Heath* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

OWENS *v.* ELLIS, CORRECTIONS DIRECTOR, ET AL.

No. 506, Misc.  Decided November 6, 1961.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.